■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE BURROUGHS, Also Known as GEORGE BARNES, Also Known as GEORGE BURROWS, Appellant. (Appeal No. 2.) [720 NYS2d 876] —Judgment unanimously affirmed (*see, People v Burroughs*, 280 AD2d 965 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Ark, J.—Forgery, 2nd Degree.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Kehoe and Lawton, JJ.